UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEE GRENIER; TAVORUS FLUKER; ANTHONY ROGERS; THOMAS MARRA; LAWRENCE TOWNSEND; TERRENCE EASTON; LAMONT SAMUEL; IAN COOKE; and J. MICHAEL FARREN, on behalf of themselves and all others similarly situated, | : : : : : : : : | 3:16-cv-01465-AVC |
| *Plaintiffs* | : : | **CIVIL ACTION** **CLASS ACTION** |
| v. | : : | |
| SCOTT SEMPLE, Commissioner of Correction; JAMES DZURENDA, former Commissioner of Corrections; LEO ARNONE, former Commissioner of Correction; THERESA LANTZ, former Commissioner of Correction; JAMES ARMSTRONG, former Commissioner of Correction; LAWRENCE MEACHUM, former Commissioner of Correction; HENRY FALCONE, Warden, Garner Correctional Institution; STEVEN LINK, Director, Department of Correction Engineering and Facilities Management; DAVID BATTEN, former Director, Department of Correction Engineering and Facilities Management, and John Does 1-3, in their individual and official capacities | : : : : : : : : : : : : : : : : : : : | |
| *Defendants* | : | February 27, 2017 |

MOTION TO WITHDRAW COMPLAINT

Pursuant to FED. R. CIV. P. 41(a)(1) the plaintiffs' in the above captioned matter hereby Withdraw the Complaint.

RESPECTFULLY SUBMITTED, this 27th day of February, 2017.

        Plaintiffs,

        By_/s/ Martin Minnella_ ct 01931
        Martin Minnella
        Federal Bar No. ct01931
        Minnella, Tramuta & Edwards, LLC
        40 Middlebury Road
        Middlebury, Connecticut
        Telephone:  (203) 573-1411
        Fax:  (203) 757-9313
        E-mail: cdamico@mtelawfirm.com


        By_/s/ Michael Stratton_ ct08166
        Michael Stratton
        Stratton Trial, PC
        Federal Bar # ct09866
        117 River Street
        Milford, Connecticut 06460
        (203) 266-1300 (office)
        (212) 987-5555 (cell)
        Fax: (203) 757-9313
        Email: mike@strattontrial.com